IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE O. BROWN,                                            No. CIV S-06-1581-LKK-CMK-P

       Plaintiff,

   vs.                                                                          ORDER

BOARD OF PRISON TERMS,
et al.,

       Defendants.

                                      /

          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's application for leave to proceed in forma pauperis (Doc. 2). The document suffers from a number of defects. First, plaintiff has not signed the application. Second, plaintiff has not submitted a <u>certified copy</u> of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). Rather, the document submitted as plaintiff trust account statement was not certified by appropriate officials. Finally, the certification as to funds in plaintiff's trust account has not been signed by an authorized officer. Plaintiff will be provided the opportunity to submit a completed application to proceed in forma pauperis, which contains both a signed certification and a certified trust account statement, or the appropriate filing fee. Plaintiff is

1

warned that failure to comply with this order may result in the dismissal of this action. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, including the required affidavits and certifications, or the appropriate filing fee; and

2. The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: August 3, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE