IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE O. BROWN,   No. CIV S-06-1581-LKK-CMK-P

    Plaintiff,

  vs.   ORDER

BOARD OF PRISON TERMS,
et al.,

    Defendants.

                          /

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's application for leave to proceed in forma pauperis (Doc. 2). On August 3, 2006, the court issued an order advising plaintiff of a number of defects in his application. First, plaintiff has not signed the application. Second, plaintiff has not submitted a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Rather, the document submitted as plaintiff's trust account statement was not certified by appropriate officials. Finally, the certification as to funds in plaintiff's trust account was not signed by an authorized officer. Plaintiff was provided the opportunity to submit a completed application to proceed in forma pauperis, which contains both a signed certification and a certified trust

1

account statement, or the appropriate filing fee, and was warned that failure to comply with this order may result in the dismissal of this action. See Local Rule 11-110.

On September 12, 2006, the court extended the time for plaintiff to comply.

On October 10, 2006, plaintiff submitted a document entitled "Notice of Motion for an Order Injunctive Relief From the Defendants Refusal to Comply with Court Order." This document is construed as a request for an extension of time to comply with the court's August 3, 2006, order. Good cause appearing therefor, the court will grant an extension of time.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, including the required signatures, affidavits and certifications, or the appropriate filing fee; and

2. The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: October 18, 2006.

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE