IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE O. BROWN,   No. CIV S-06-1581-LKK-CMK-P

    Plaintiff,

  vs.   ORDER

BOARD OF PRISON TERMS,
et al.,

    Defendants.

                              /

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's applications for leave to proceed in forma pauperis (Docs. 2 & 14). Also pending before the court is plaintiff's document (Doc.15), filed on November 3, 2006.

      On August 3, 2006, the court issued an order advising plaintiff of a number of defects in his application. First, plaintiff has not signed the application. Second, plaintiff has not submitted a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Rather, the document submitted as plaintiff's trust account statement was not certified by appropriate officials. Finally, the certification as to funds in plaintiff's trust account was not signed by an

1

1 authorized officer.  Plaintiff was provided the opportunity to submit a completed application to
2 proceed in forma pauperis, which contains both a signed certification and a certified trust
3 account statement, or the appropriate filing fee, and was warned that failure to comply with this
4 order may result in the dismissal of this action.  See Local Rule 11-110.  On September 12,
5 2006, the court extended the time for plaintiff to comply.

6       On October 10, 2006, plaintiff submitted a document entitled "Notice of Motion
7 for an Order Injunctive Relief From the Defendants Refusal to Comply with Court Order."  This
8 document was construed as a request for an extension of time to comply with the court's August
9 3, 2006, order and, so construed, was granted.  Plaintiff has since filed the following documents:
10 (1) another application to proceed in forma pauperis (Doc. 14); and (2) a document entitled
11 "Notice and Request for Court Order on Plaintiff Motion Directing the Warden to Comply with
12 Courts Order for a Certified Copy of Plaintiffs Prison Trust Account Statement" (Doc. 15).

13       As to plaintiff's second application to proceed in forma pauperis (Doc. 14), that
14 document suffers from a number of defects.  Specifically, the certification is not signed by a
15 prison official and there is no certified trust account statement.  As with plaintiff's October 10,
16 2006, filing, the document entitled "Notice and Request for Court Order on Plaintiff Motion
17 Directing the Warden to Comply with Courts Order for a Certified Copy of Plaintiffs Prison
18 Trust Account Statement" is construed as a motion for an extension of time to provide a certified
19 copy of plaintiff's prison trust account statement.  Plaintiff will be provided an additional 30
20 days to comply with the August 3, 2006, order.  The court also questions why this action is
21 brought within the Eastern District of California.  Plaintiff appears to reside in the Central
22 District, and the complaint is unclear whether the acts complained of relate to his incarceration
23 within the Central District.  Again, the Plaintiff should take precaution against filing the
24 complaint in the wrong court.

25       The court notes that plaintiff has alleged through his filings that prison officials
26 are thwarting his ability to comply with this court's orders by not providing him with a certified

copy of his trust account statements.  Plaintiff has provided documentation to establish that he has appropriately requested the statement.  The Clerk of the court will be directed to serve a copy of this order on the warden of the California Correctional Institute.  If necessary, the court will issue such further order as are appropriate to compel prison officials' cooperation.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's document entitled "Notice and Request for Court Order on Plaintiff Motion Directing the Warden to Comply with Courts Order for a Certified Copy of Plaintiffs Prison Trust Account Statement" (Doc. 15) is construed as a motion for an extension of time and, so construed, is granted;

2. Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, including the required signatures, affidavits and certifications, or the appropriate filing fee;

3. The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner; and

4. The Clerk of the Court is directed to serve a copy of this order on the warden of the California Correctional Institute at P.O. Box 1905, Tehachapi, CA 93581.

DATED:  November 8, 2006.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE