IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE O. BROWN, | No. CIV S-06-1581-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| BOARD OF PRISON TERMS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's requests for leave to proceed in forma pauperis (Docs. 2, 14, and 31). Plaintiff's complaint will be addressed separately.

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis will, therefore, be granted. Additionally, because plaintiff has resolved the fee status for this case, the court will vacate the January 30, 2007, findings and recommendations that this case be dismissed for lack of prosecution.

/ / /

/ / /

1     Also pending before the court are a number of motions/requests filed by
2 plaintiff.  On November 28, 2006, plaintiff filed a document (Doc. 19) seeking an injunction
3 directing California prison officials to provide reasonable accommodation under the Americans
4 with Disabilities Act ("ADA") pursuant to <u>Armstrong v. Davis</u>, 275 F.3d 849 (9th Cir. 2001).  In
5 <u>Armstrong</u>, the court upheld a system-wide injunction to correct discrimination against a specific
6 class of California prisoners and parolees with disabilities.  <u>See</u> <u>Id.</u> at 871.  Given that plaintiff's
7 complaint involves this same issue – whether defendants discriminated against him in violation
8 of the ADA – it would not be appropriate to entertain plaintiff's request for relief in the context
9 of his November 28, 2006, filing.  Rather, this issue must be resolved in later proceedings, such
10 as a motion for summary judgment or a trial on the merits.  Plaintiff's November 28, 2006,
11 "motion to compel" will, therefore, be denied.

12     Plaintiff has also filed two requests (Docs. 33 and 35) for the Clerk of the Court to
13 provide him with documents from the court's file constituting the excerpts of record in two
14 appeals he has filed in this case.[1]  Ninth Circuit rules, however, do not require pro se appellants
15 to submit excerpts of record and plaintiff's in forma pauperis status does not entitle plaintiff to
16 copies of the record at government expense where not required by the appellate court.  <u>See</u> 28
17 U.S.C. § 1915(c).  To the extent plaintiff is seeking copies of transcripts at government expense,
18 no transcripts have been prepared in this case.  For these reasons, plaintiff's requests will be
19 denied as unnecessary.

20     Accordingly, IT IS HEREBY ORDERED that:

21     1.     The findings and recommendations issued on January 30, 2007, are
22 vacated;

23     2.     Plaintiff's motions for leave to proceed in forma pauperis (Docs. 2, 14,
24 and 31) are granted;

---

[1] Plaintiff has filed separate appeals to the Ninth Circuit from this court's
interlocutory orders denying appointment of counsel.  These appeals are pending.

3. Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

4. No initial partial filing fee will be assessed pursuant to 28 U.S.C. § 1915(b)(1); and

5. Plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account, such payments to be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C. § 1915(b)(2);

6. Plaintiff's November 28, 2006, "motion to compel" (Doc. 19) is denied; and

7. Plaintiff's requests for documents (Docs. 33 and 35) are denied as unnecessary.

DATED: February 27, 2007.

　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE